Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.   650.592.5400
Fax.  650.592.5027
Email: rgrotch@chdlawyers.com

Min K. Kang, Esq. – SBN 246904
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
520 Broadway, Second Floor
Santa Monica, CA  94401
Telephone: (310) 981-4920
Facsimile:   (650) 592-5027
Email: mkang@chdlawyers.com

**ATTORNEYS FOR** Defendant
Southwest Airlines Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. BROWN,<br><br>              Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO CORP,<br><br>              Defendant. | Case No.<br><br>NOTICE OF REMOVAL FROM THE LOS ANGELES COUNTY SUPERIOR COURT BASED ON FEDERAL QUESTION SUBJECT MATTER JURISDICTION<br>[28 U.S.C. §§ 1331, 1441(a)] |

TO THE CLERK OF THE COURT AND PLAINTIFF *IN PROPRIA PERSONA*, BARBARA A. BROWN:

PLEASE TAKE NOTICE that defendant Southwest Airlines Co. ("Southwest"), erroneously sued as "Southwest Airlines Co Corp," hereby timely removes the state court action described below, from the Superior Court of the County of Los Angeles to the United States District Court for the Central District of California.

///

1

NOTICE OF REMOVAL
Case No:

## I.  PLEADINGS TO DATE

On or about December 13, 2018, plaintiff Barbara A. Brown filed, in the Superior Court for the State of California in and for the County of Los Angeles (Small Claims Division), an action entitled *Barbara A. Brown, Plaintiff vs. Southwest Airlines Co Corp, Defendant*, Case No. 18BFSC00355 (hereinafter referred to as "the Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Southwest in the Action are attached to this notice collectively as Exhibit 1.

## II.  RECEIPT OF THE INITIAL PLEADINGS/TIMELINESS OF REMOVAL

A copy of the complaint filed in the Action was personally served on Southwest, through its agent for service of process on January 2, 2019.

This Notice of Removal is timely as it is filed within 30 days after service of the summons and complaint in the Action. See 28 U.S.C. § 1446(b).

Southwest is informed and believes and thereupon avers that it is the only defendant to be served at the time of this removal.

## III.  BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

The complaint filed in the Action references a federal class action settlement by Southwest concerning a proceeding in the United States District Court for the District of Columbia based on federal antitrust claims under the Sherman Act, 15 U.S.C. § 1, *et seq.*[1] See *In re: Domestic Airline Travel Antitrust Litig.*, 15-mc-01414 (D.D.C.). In the federal litigation, passengers initially filed more than 100 putative class actions alleging that the Defendant airlines colluded to restrict capacity. On October 13, 2015, the Judicial Panel on Multi-District Litigation consolidated an MDL in the District of Columbia District Court and transferred all tag-along actions to that court. On March 25, 2016, the Class Plaintiffs filed a Consolidated Amended Complaint in the MDL, alleging that the Defendant airlines conspired to restrict capacity in

---

[1]  Referring to Southwest, plaintiff alleges that "They have a large Lawsuit and I don't want to participate." See Complaint, ¶ 4. Plaintiff also makes reference to the class action settlement with the allegation that "I feel that since Southwest Airlines settled the charge of fraud – Then I am a victim." *Id.*, ¶ 3a.

violation of the federal antitrust laws. The Class Plaintiffs brought their claims on behalf of a class of persons who purchased tickets for domestic airline travel on the Defendants' airlines. Southwest reached a class settlement with the Class Plaintiffs, and the district court certified a settlement class of all persons and entities that purchased tickets for domestic airline travel on the Defendants' airlines between July 1, 2011 and December 20, 2017 and granted preliminary approval of the settlement.[2] Notice was recently published to the settlement class, and class members have the right to opt out of the settlement and file separate direct actions.  It is apparent that the Action was initiated as a result of Plaintiffs' receipt of the Notice concerning settlement of the federal antitrust class action. The allegations in the complaint filed in the Action, plus its relationship to the federal settlement that Southwest reached with Class Plaintiffs, demonstrates that the Action asserts a claim for violation of federal antitrust law identical to the federal claims alleged in the Consolidated Amended Complaint filed by Class Plaintiffs in the MDL.

Federal law permits removal to federal court of any civil action brought in state court "of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The United States district courts have jurisdiction over alleged violations of federal antitrust law. 28 U.S.C. 1331; 15 U.S.C. § 1, *et seq.*

///

///

///

///

///

///

///

///

///

---

[2]     Plaintiff generally refers to the time period when she alleges she was injured; that time period approximately coincides with the time period at issue in the MDL proceeding. See Complaint, ¶ 3b.

NOTICE OF REMOVAL
Case No:

## IV.   NOTICE TO COURT AND PARTIES

After the filing of this Notice of Removal, written notice of the removal shall be promptly given to counsel for plaintiffs and the Clerk of the Los Angeles County Superior Court. Concurrently with this filing, Southwest is also filing a Notice of Pendency of Other Actions or Proceedings – MDL Proceeding, pursuant to L.R. 83-1.4.3.

Dated:  February 1, 2019                    CODDINGTON, HICKS & DANFORTH

By: _____
    Richard G. Grotch
    Attorneys for Defendant
    Southwest Airlines Co.

4